**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Criminal Case No.**  14-cr-00271-REB

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**1.**    **DAVID JUSTICE,**
      a/k/a Stanley Hugh Anderson

---

**INDICTMENT**
**18 U.S.C. § 1361 and 2 (Felony)**

---

The Grand Jury hereby charges that:

**COUNT ONE**

On or about July 21, 2013, in the State and District of Colorado, the defendant,

**DAVID JUSTICE,**
**a/k/a Stanley Hugh Anderson,**

did willfully injure and commit a depredation against property of the United States, and did aid, abet, counsel, command, induce and procure its commission, on lands administered by the Bureau of Land Management, specifically, at a location known as Cushman Creek Trail, and such damage exceeded the sum of $1,000.00.

All in violation of Title 18, United States Code, Sections 1361 & 2.

A TRUE BILL:

Ink signature on file in the Clerk's Office<br>FOREPERSON

JOHN F. WALSH
United Stated Attorney


s/   Michelle M. Heldmyer
MICHELLE M. HELDMYER
Assistant United States Attorney
205 N. 4th Street, Suite 400
Grand Junction, CO  81501
Phone:  970-241-3843
Fax:  970-248-3630
Email:  michelle.heldmyer@usdoj.gov
Attorney for United States