| | |
|---|---|
| DEFENDANT: | David Justice<br>a/k/a Stanley Hugh Anderson |
| YOB: | 1957 |
| ADDRESS (City/State): | Gunnison, Colorado |
| OFFENSE(S): | **Count One**:<br>Willful injury or depredation against any property of the United States.<br>Title 18 U.S.C. §1361 and 2 |
| LOCATION OF OFFENSE: | Montrose County, Colorado |
| PENALTY: | **Counts One:**<br>NMT 10 years imprisonment; NMT $250,000 fine, or both, such fine or imprisonment; NMT 3 years supervised release; $100 Special Assessment |
| AGENT: | Robert H. Shilaikis<br>SA, BLM |
| AUTHORIZED BY: | Michelle M. Heldmyer<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X   five days or less

THE GOVERNMENT

 X    will not seek pretrial detention in this case

OCDETF CASE:     _ Yes        X  No