UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number 14-CR-00271-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

David Justice,

    Defendant,

## MOTION FOR BILL OF PARTICULARS

Defendant, David Justice, brings this Motion for a Bill of Particulars.

1.    Rule 7 (f) provides that the court may direct the government to file a bill of particulars. The defendant may move for a bill of particulars before or within 14 days after arraignment or at a later time if the court permits. The government may amend a bill of particulars subject to such conditions as justice requires.

Wherefore the Defendant respectfully requests the court to direct the prosecution to provide the Defendant with a Bill of Particulars.

Respectfully tendered this July 22, 2014

_____
David Justice
125 West Virginia # 204
Gunnison, Colorado

United States of America v. David Justice
14-CR-00271-REB
Motion for Bill of Particulars

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on this _____ day of July, 2014 a copy of the foregoing was ( ) hand delivered ( ) deposited in the United States mail, postage prepaid and addressed to the following:

United States Attorney's Office (Branch)
400 Rood Avenue, Suite 220
Grand Junction, CO 81501
970.257.7113

_____

United States of America v. David Justice
14-CR-00271-REB
Motion for Bill of Particulars