UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

14-CR-00271-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

David Justice,

    Defendant.

---

## MOTION TO DISMISS INDICTMENT FOR INSUFFICIENCY

---

Defendant brings this MOTION TO DISMISS the Indictment.

1.    Fed R. Crim. P. Rule 7(c)(1) provides that "[t]he indictment or information must be a plain, concise, and definite written statement of the essential facts constituting the offense charged . . ."

2.    The Indictment is ambiguous and insufficient in that it fails to provide a written statement disclosing, identifying or describing the property against which the injury and depredation occurred, which is an essential fact of the offense charged.

3.    The Indictment is ambiguous and insufficient in that it fails to provide a written statement of the essential facts and circumstances constituting the offense charged.

4.    The Indictment is ambiguous and insufficient in that it fails to provide a written statement of the location the alleged incident occurred, an essential fact of the offense charged. Cushman Creek Trail is a county road of approximately one mile in length over a right-of-way within and subject to the jurisdiction of the State of Colorado.

5.  Defendant objects to and moves to strike the term "FELONY" in the case caption as a prejudicial surplusage toward the Defendant and lends no support to the charge, and is nowhere to be found in the sections cited by the indictment as a basis for the charge.

6.  For reasons herein stated, the Indictment fails to comply with Rule 7(c)(1) is deficient, and therefore should be dismissed.

Wherefore the Defendant respectfully requests the INDICTMENT be dismissed.

Respectfully tendered this July 22, 2014

David Justice
125 West Virginia # 204
Gunnison, Colorado 81230

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on this _____ day of July, 2014 a copy of the foregoing was ( ) hand delivered ( ) deposited in the United States mail, postage prepaid and addressed to the following:

United States Attorney's Office (Branch)
400 Rood Avenue, Suite 220
Grand Junction, CO 81501
970.257.7113